# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFERY MULHALL,
           Appellant,

vs.

THE STATE OF NEVADA,
           Respondent.

No. 74212

**FILED**

DEC 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction motion to withdraw guilty plea. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

No decision, oral or written, had been made on the motion when appellant filed his appeal on October 5, 2017. Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Valerie Adair, District Judge
Jeffery Mulhall
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Roy L. Nelson, III

17-44252